1  **DLA PIPER LLP (US)**
   MARY DOLLARHIDE (Bar No. 138441)
2  mary.dollarhide@us.dlapiper.com
   JUSTIN VAN LIGTEN (Bar No. 353587)
3  justin.vanligten@us.dlapiper.com
   4365 Executive Drive, Suite 1100
4  San Diego, California 92121-2133
   Tel: (858) 677-1400
5  Fax: (858) 677-1401

6  Attorneys for Defendants
   SMTC CORPORATION and SMTC
7  MANUFACTURING CORPORATION OF
   CALIFORNIA
8
   (Further counsel listed on next page)
9

10                 **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | PAULA DUPONT RODRIGUEZ, an individual, on behalf of herself and others similarly situated, | Case No.: 4:24-cv-07398-JST |
14 | | **JOINT STIPULATION TO DISMISS PLAINTIFF'S CLASS ACTION, COMPEL PLAINTIFF'S INDIVIDUAL CLAIMS TO ARBITRATION, AND STAY PLAINTIFF'S REPRESENTATIVE PAGA CLAIM; [PROPOSED] ORDER** |
15 | Plaintiff, |
16 | v. |
17 | SMTC MANUFACTURING CORPORATION OF CALIFORNIA, a California corporation; CHECKONE, Inc., a California corporation, 40 HRS, Inc., a California corporation/ and, DOES 1 through 50, inclusive, | Judge: Hon. Jon S. Tigar
   Crtrm: 6 (2nd Floor) |
18 | | Complaint Filed: August 29, 2023
   FAC Filed: December 29, 2023
   Trial Date: None Set |
19 | |
20 | Defendants. |

1  **JOSE GARAY, APLC**
   Jose R. Garay (Bar No. CA-200494)
2  jose@garaylaw.com
   249 E. Ocean Blvd. #814
3  Long Beach, California 90802
   Tel: (949) 208-3400 | Fax: (562) 590-8400
4  **THE ELITE TRIAL GROUP**
   Nicole Davidson (Bar No. 302783)
5  *nicole@elitetrialgroup.com*
   30950 Rancho Viejo Road, Suite 226B
6  San Juan Capistrano, CA 92675
   Tel: (310) 613-6510
7
   Attorneys for Plaintiff
8  PAULA DUPONT RODRIGUEZ

9
   **DUONG SI TRAN** (Bar No. CA-194886)
10 duongsitran@gmail.com
   1669 Flanigan Dr., Suite A
11 San Jose, California 95121
   Tel: (510) 830-6494 | Fax: (408) 273-6048
12
   Attorney for Defendants
13 40 HRS, INC. and CHECKONE, INC.

Case No. 4:24-cv-07398-JST

JOINT STIP TO DISMISS CLASS ACTION, COMPEL INDIVIDUAL CLAIMS TO ARBITRATION, & STAY REPRESENTATIVE PAGA CLAIM; [PROPOSED] ORDER

Plaintiff Paula Dupont Rodriguez ("Plaintiff") and Defendants SMTC Manufacturing Corporation of California, SMTC Corporation, 40 HRS, Inc., and CheckOne, Inc ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Defendants SMTC Manufacturing Corporation of California and SMTC Corporation (the "SMTC Defendants") filed the pending Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss Plaintiff's Individual and Class Claims, and Stay PAGA Claims on Behalf of Others (the "Motion") on November 25, 2024;

WHEREAS, SMTC Defendants' Motion sought to compel Plaintiff's individual claims to arbitration and dismiss Plaintiff's class claims pursuant to the SMTC Defendants' arbitration agreement (the "Agreement") with Plaintiff;[1]

WHEREAS, also on November 25, 2024, Defendants 40 HRs, Inc. and CheckOne, Inc. joined the SMTC Defendants' Motion;

WHEREAS, Plaintiff opposed the Motion on December 12, 2024, and the SMTC Defendants replied to Plaintiff's opposition on December 16, 2024;

WHEREAS, on May 9, 2025, the Court issued an order holding the SMTC Defendants' Motion in abeyance pending an evidentiary hearing on the issue of whether a contract to arbitrate was formed;

WHEREAS, on June 3, 2025, the Court set discovery deadlines for the evidentiary hearing and set the evidentiary hearing to begin on September 22, 2025;

WHEREAS, on September 22, 2025, the Parties notified the Court that Plaintiff agreed, in accordance with the Agreement, to the following: (1) to submit Plaintiff's individual claims to arbitration, including Plaintiff's individual Private Attorney Generals Act ("PAGA") claims; (2) to dismiss Plaintiff's class action without prejudice; and (3) to stay Plaintiff's representative PAGA claims pending the resolution of the arbitration of Plaintiff's individual claims;

WHEREAS, on September 22, 2025, the Court ordered the Parties to file a stipulation and proposed order reflecting the above agreement by September 26, 2025;

---

[1] Attached hereto as Exhibit A is the SMTC Defendants' arbitration agreement.

THEREFORE, the Parties stipulate and agree that, in accordance with the Agreement:

- Plaintiff shall submit her individual claims, including her individual PAGA claims, to arbitration;
- Plaintiff hereby dismisses her class action without prejudice pursuant to Federal Rule of Civil Procedure 23(e);
- Plaintiff's representative PAGA claims will be stayed pending the resolution of the arbitration proceeding; and
- The Parties will, after the conclusion of the arbitration of Plaintiff's individual claims, either submit a dismissal of the case without prejudice or submit a case management statement to the Court advising the Court of whatever steps are required for the case to proceed.

Respectfully submitted,

Dated: September 26, 2025  **DLA PIPER LLP (US)**

By: */s/ Mary Dollarhide*
MARY DOLLARHIDE
JUSTIN VAN LIGTEN

*Attorneys for Defendants*
SMTC CORPORATION and SMTC MANUFACTURING CORPORATION OF CALIFORNIA

Dated: September 26, 2025  **DUONG SI TRAN**

By: */s/ Duong Si Tran*
DUONG SI TRAN

*Attorney for Defendants*
40 HRS, INC. and CHECKONE, INC.

Dated: September 26, 2025  **JOSE GARAY, APLC**

By: */s/ Nicole Davidson*
JOSE R. GARAY
NICOLE DAVIDSON

*Attorneys for Plaintiff*
PAULA DUPONT RODRIGUEZ

**ATTORNEY ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that each of the other Signatories have concurred in the filing of the document.

Executed on September 29, 2025, at San Diego, California.

/s/*Mary Dollarhide*
MARY DOLLARHIDE

**[PROPOSED] ORDER AS MODIFIED**

Having reviewed and considered the Parties' stipulation to dismiss Plaintiff's class action, compel Plaintiff's individual claims, including Plaintiff's individual PAGA claims, to arbitration, and stay Plaintiff's representative PAGA claims, the Court hereby orders that, pursuant to the Parties' arbitration agreement and stipulation:

- Plaintiff's individual claims, including her individual PAGA claims, are compelled to arbitration;
- Plaintiff's class action is dismissed without prejudice;
- Plaintiff's representative PAGA claims are stayed pending the resolution of Plaintiff's individual claims in arbitration; and
- The Parties, upon conclusion of the arbitration of Plaintiff's individual claims, shall either dismiss the case without prejudice or submit a case management statement advising the court of whatever steps are required for the case to proceed.

Pursuant to the stipulation, the motion to compel arbitration (ECF No. 14) is terminated. The Clerk shall also administratively close the file. This order shall not be considered a dismissal or disposition of the action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 29, 2025

_____
Honorable Jon S. Tigar
United States District Judge